Filing # 169476947 E-Filed 03/23/2023 12:57:00 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY

CASE NO:

BRADLEY TOLLAS and MARIE TOLLAS,

 Plaintiff,

v.

KENNETH ROARK, HOENIX MEDICAL
PRODUCTS, INC. and STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

 Defendants.
_____/

## COMPLAINT

 COME NOW the Plaintiffs, BRADLEY TOLLAS and MARIE TOLLAS, by and through the undersigned counsel and sues the Defendants, KENNETH ROARK, an individual; and STATE FARM AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM", a foreign corporation authorized to do and doing business in the State of Florida, and says:

 1. This is an action for damages that exceed the sum of FIFTY THOUSAND ($50,000.00) DOLLARS.

 2. That at all times material to this action, Plaintiff, BRADLEY TOLLAS, was a resident of Volusia County, Florida.

 3. That at all times material to this action, Plaintiff, MARIE TOLLAS, was a resident of Volusia County, Florida.

 4. That at all times material tot this action, Defendant KENNETH ROARK is a resident of Mountain City, Tennessee.

5. That at all times material to this action, Defendant, HOENIX MEDICAL PRODUCTS, INC. is a foreign corporation conducting business if Florida.

6. That at all times material to this action, STATE FARM AUTOMOBILE INSURANCE COMPANY, (hereinafter "STATE FARM") was an insurance company licensed to do and doing business in Florida.

7. All actions giving rise to this claim occurred in Duval County, Florida.

## COUNT I – PLAINTIFF BRADLY TOLLAS' CLAIM OF NEGLIGENCE AGAINST DEFENDANT KENNETH ROARK

Plaintiff realleges and reavers paragraphs 1-7 as if fully set forth herein and further alleges as follows:

8. That on or about March 5, 2023, Defendant, KENNETH ROARK operated a motor vehicle owned by Defendant HOENIX MEDICAL PRODUCTS, INC. on Interstate 295 South in Duval County, Florida.

9. That on that date Defendant, KENNETH ROARK operated said vehicle with the knowledge and permission of its owner, HOENIX MEDICAL PRODUCTS, INC.

10. That at the aforementioned time and place, KENNETH ROARK, owed a duty of care to other drivers traveling on the road, including Plaintiffs BRADLEY TOLLAS, to operate the vehicle in a careful and lawful manner and with consideration of the driving conditions at the time.

11. In breach of said duty, Defendant, KENNETH ROARK, carelessly and negligently drove his vehicle so that it collided with the Plaintiff's vehicle. Specifically, Defendant, KENNETH ROARK failed to slow for traffic hitting the Plaintiff's vehicle in the rear.

12. That as a direct and proximate result of the negligence of Defendant, KENNETH ROARK, Plaintiff, BRADLEY TOLLAS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability to earn money. The losses are either permanent or continuing, and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, BRADLEY TOLLAS, sues the Defendant, KENNETH ROARK for compensatory damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, exclusive of interest and costs, and such other relief as this court may deem just and proper, and further demands trial by jury of all issues triable by jury.

## COUNT II – PLAINTIFF BRADLY TOLLAS' CLAIM OF NEGLIGENCE AGAINST DEFENDANT HOENIX MEDICAL PRODUCTS INC.

13. Plaintiff, BRADLEY TOLLAS, adopts and realleges Paragraphs 1 through 12 as fully set forth herein.

14. Defendant, HOENIX MEDICAL PRODUCTS INC., is vicariously liable for the negligence of Defendant, KENNETH ROARK, pursuant to Florida's Dangerous Instrumentality Doctrine.

15. As a direct and proximate cause of Defendant's negligence, Plaintiff, BRADLEY TOLLAS, suffered or incurred injuries included, without limitation, the following:

    A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.
    B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;
    C. Aggravation or activation of an existing disease or physical defect;
    D. Pain, suffering, disability, physical impairment, inconvenience, and a loss of capacity for the enjoyment of life;
    E. Expenses of medical care and treatment in the past and in the future;
    F. Loss of wages and/or loss of earning capacity in the future; and

    G. All losses are continuing and/or permanent.

16. Plaintiff, BRADLEY TOLLAS, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, BRADLEY TOLLAS, demands judgment for damages against Defendant, HOENIX MEDICAL PRODUCTS INC. for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT III – PLAINTIFF BRADLEY TOLLAS' CLAIM OF BREACH OF CONTRACT AGAINST STATE FARM AUTOMOBILE INSURANCE COMPANY

Plaintiff realleges and reavers paragraphs 1-12 as if fully set forth herein and further alleges as follows:

17. On or about March 5, 2023, KENNETH ROARK operated a motor vehicle owned by Defendant HOENIX MEDICAL PRODUCTS INC. in Duval County, Florida.

18. On the said date, KENNETH ROARK negligently operated and/or maintained the motor vehicle so that it set in motion a sequence of events resulting in a collision with the vehicle owned and operated by the Plaintiff, BRADLEY TOLLAS

19. At the time of said accident, STATE FARM AUTOMOBILE INSURANCE COMPANY, issues a standard personal automobile insurance policy with uninsured motorist coverage to BRADLEY TOLLAS.

20. At the time of said accident, HOENIX MEDICAL PRODUCTS INC. carried limited bodily injury liability insurance coverage with TRAVELERS INDEMNITY COMPANY.

21. STATE FARM AUTOMOBILE INSURANCE COMPANY refused to tender policy limits; however, Plaintiff BRADLEY TOLLAS's injuries far exceeded Defendant HEONIX MEDICAL PRODUCTS INC.'s policy limits. STATE FARM AUTOMOBILE INSURANCE COMPANY refused to make any offer to settle Plaintiff's claim.

22. Because the damage to the Plaintiff greatly exceeds HOENIX MEDICAL PRODUCT INC'S policy of insurance, the Defendant HOENIX MEDICAL PRODCUTS INC. is an underinsured motorist as defined in the terms of the policy issued to Plaintiff by STATE FARM AUTOMOBILE INSURANCE COMPANY.

23. Pursuant to the terms of the policy of Uninsured Motorist insurance issued by STATE FARM AUTOMOBILE INSURANCE COMPANY, STATE FARM AUTOMOBILE INSURANCE COMPANY is responsible for the damages incurred by BRADLEY TOLLAS as a result of said accident.

24. STATE FARM AUTOMOBILE INSURANCE COMPANY's refusal to pay uninsured motorist benefits is a breach of contract.

25. As a direct and proximate result of the foregoing negligence of HOENIX MEDICAL PRODUCTS INC., Plaintiff, BRADLEY TOLLAS, suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, BRADLEY TOLLAS, sues the Defendant, HOENIX MEIDCAL PRODUCTS INC., for compensatory damages in excess of FIFTY THOUSAND

($50,000.00) DOLLARS, exclusive of interest and costs, and such other relief as this Court may deem just and proper, and further demands trial by jury of all issues triable by jury.

## COUNT IV – PLAINTIFF MARIE TOLLAS' CLAIM OF NEGLIGENCE AGAINST DEFENDANT KENNETH ROARK

Plaintiff realleges and reavers paragraphs 1-7 as if fully set forth herein and further alleges as follows:

26. That on or about March 5, 2023, Defendant, KENNETH ROARK operated a motor vehicle owned by Defendant HOENIX MEDICAL PRODUCTS, INC. on Interstate 295 South in Duval County, Florida.

27. That on that date Defendant, KENNETH ROARK operated said vehicle with the knowledge and permission of its owner, HOENIX MEDICAL PRODUCTS, INC.

28. That at the aforementioned time and place, KENNETH ROARK, owed a duty of care to other drivers traveling on the road, including Plaintiffs MARIE TOLLAS, to operate the vehicle in a careful and lawful manner and with consideration of the driving conditions at the time.

29. In breach of said duty, Defendant, KENNETH ROARK, carelessly and negligently drove his vehicle so that it collided with the Plaintiff's vehicle. Specifically, Defendant, KENNETH ROARK failed to slow for traffic hitting the Plaintiff's vehicle in the rear.

30. That as a direct and proximate result of the negligence of Defendant, KENNETH ROARK, Plaintiff MARIE TOLLAS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and the loss of ability

to earn money. The losses are either permanent or continuing, and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MARIE TOLLAS, sues the Defendant, KENNETH ROARK for compensatory damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, exclusive of interest and costs, and such other relief as this court may deem just and proper, and further demands trial by jury of all issues triable by jury.

## COUNT V – PLAINTIFF MARIE TOLLAS' CLAIM OF NEGLIGENCE AGAINST DEFENDANT HOENIX MEDICAL PRODUCTS INC.

31. Plaintiff, BRADLEY TOLLAS, adopts and realleges Paragraphs 1 through 12 as fully set forth herein.

32. Defendant, HOENIX MEDICAL PRODUCTS INC., is vicariously liable for the negligence of Defendant, KENNETH ROARK, pursuant to Florida's Dangerous Instrumentality Doctrine.

33. As a direct and proximate cause of Defendant's negligence, Plaintiff, MARIE TOLLAS, suffered or incurred injuries included, without limitation, the following:

   H. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.
   I. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;
   J. Aggravation or activation of an existing disease or physical defect;
   K. Pain, suffering, disability, physical impairment, inconvenience, and a loss of capacity for the enjoyment of life;
   L. Expenses of medical care and treatment in the past and in the future;
   M. Loss of wages and/or loss of earning capacity in the future; and
   N. All losses are continuing and/or permanent.

34. Plaintiff, MARIE TOLLAS, will suffer or incur the injuries, expenses and impairment in the future.

WHEREFORE, Plaintiff, MARIE TOLLAS, demands judgment for damages against Defendant, HOENIX MEDICAL PRODUCTS INC. for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

### COUNT VI– PLAINTIFF MARIE TOLLAS' CLAIM OF BREACH OF CONTRACT AGAINST STATE FARM AUTOMOBILE INSURANCE COMPANY

Plaintiff realleges and reavers paragraphs 1-12 as if fully set forth herein and further alleges as follows:

35. On or about March 5, 2023, KENNETH ROARK operated a motor vehicle owned by Defendant HOENIX MEDICAL PRODUCTS INC. in Duval County, Florida.

36. On the said date, KENNETH ROARK negligently operated and/or maintained the motor vehicle so that it set in motion a sequence of events resulting in a collision with the vehicle owned and operated by the Plaintiff, BRADLEY TOLLAS

37. At the time of said accident, STATE FARM AUTOMOBILE INSURANCE COMPANY, issues a standard personal automobile insurance policy with uninsured motorist coverage to BRADLEY TOLLAS.

38. At the time of said accident, HOENIX MEDICAL PRODUCTS INC. carried limited bodily injury liability insurance coverage with TRAVELERS INDEMNITY COMPANY.

39. STATE FARM AUTOMOBILE INSURANCE COMPANY refused to tender policy limits; however, Plaintiff MARIE TOLLAS's injuries far exceeded Defendant HEONIX

MEDICAL PRODUCTS INC.'s policy limits. STATE FARM AUTOMOBILE INSURANCE COMPANY refused to make any offer to settle Plaintiff's claim.

40. Because the damage to the Plaintiff greatly exceeds HOENIX MEDICAL PRODUCT INC'S policy of insurance, the Defendant HOENIX MEDICAL PRODCUTS INC. is an underinsured motorist as defined in the terms of the policy issued to Plaintiff by STATE FARM AUTOMOBILE INSURANCE COMPANY.

41. Pursuant to the terms of the policy of Uninsured Motorist insurance issued by STATE FARM AUTOMOBILE INSURANCE COMPANY, STATE FARM AUTOMOBILE INSURANCE COMPANY is responsible for the damages incurred by MARIE TOLLAS as a result of said accident.

42. STATE FARM AUTOMOBILE INSURANCE COMPANY's refusal to pay uninsured motorist benefits is a breach of contract.

43. As a direct and proximate result of the foregoing negligence of HOENIX MEDICAL PRODUCTS INC., Plaintiff, MARIE TOLLAS, suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, MARIE TOLLAS, sues the Defendant, HOENIX MEIDCAL PRODUCTS INC., for compensatory damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, exclusive of interest and costs, and such other relief as this Court may deem just and proper, and further demands trial by jury of all issues triable by jury.

DATED this 23rd day of March, 2023.

/s/ Donna S. Zmijewski
Donna S. Zmijewski, Esquire
Florida Bar No.: 0573310
Karen Wasson, Esquire
Florida Bar No: 0117587
Dan Newlin Injury Attorneys
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct: (407)203-6580
Fax: (321)684-6871
Attorneys for Plaintiff
Donna.Zmijewski@newlinlaw.com
Karen.Wasson@newlinlaw.com
Noah.Rosenbaum@newlinlaw.com