UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADLEY TOLLAS and
MARIE TOLLAS,

    Plaintiffs,

v.                                 Case No. 3:23-cv-1479-HES-LLL

KENNETH ROARK, PHOENIX
MEDICAL PRODUCTS, INC., and
STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendants.
_____/

## O R D E R

This matter is before this Court on a "Notice of Settlement" (Dkt. 32). The plaintiffs state that the parties have settled this case in principle and will file a notice of voluntary dismissal with prejudice after all settlement documents have been executed. (*Id.*)

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to

reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE and ORDERED** in Jacksonville, Florida this *12* day of February 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Matthew E. Swihart, Esq.
Donna Sue Zmijewski, Esq.
Jason Brandt Vrbensky, Esq.
Benjamin Lawrence Bedard, Esq.
Eric Michael Fresco, Esq.
Joanna Noriega Pino, Esq.
Brett Quincy Lucas, Esq.